SEDGWICK DEAN ET AL. v. THE ANN ARBOR STREET RAILWAY COMPANY.

*Streets—Electric railway—Servitude.*

The decree dismissing a bill to enjoin the construction of an electric street railway with overhead wires and poles in a public street in a city is affirmed, the case being ruled by *City Rail-*

*way v. Mills,* 85 Mich. 634, and *People v. Railway Co.,* 92 Id. 522, which must be regarded as the settled law of this State.

Appeal from Washtenaw. (Kinne, J.) Argued October 11, 1892. Decided October 27, 1892.

Bill to restrain the construction of an electric street railway in a public street in the city of Ann Arbor. Decree dismissing bill affirmed. The facts are sufficiently stated in the opinion.

*Joseph H. Vance (Thomas A. Wilson,* of counsel), for complainants.

*Thompson, Harriman & Thompson,* for defendant.

McGRATH, C. J. This is a bill filed to enjoin the con_struction of an electric street railway with overhead wires and poles in Packard street in the city of Ann Arbor. The street is 66 feet wide and the roadway 34 feet in width.

There is nothing in the record which distinguishes the present case from *Detroit City Railway v. Mills,* 85 Mich. 634, and that case, with *People v. Railway Co.,* 92 Id. 522, must be regarded as the settled law of this State.

Complainant Raffensberger alleges special injury to her property, which is a corner lot, by reason of the lengthening of the curve from Main street into Packard, but her remedy is at law.

The decree of the court below, dismissing complainants' bill, is therefore affirmed, with costs to defendant.

The other Justices concurred.